UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION


SHELVA MULLEN,                                          )
                                                       )
                          Plaintiff,                   )
                                                       )        **JUDGMENT IN A CIVIL CASE**
         v.                                            )
                                                       )        **CASE NO. 2:18-CV-44-D**
ANDREW M. SAUL, Commissioner of Social                 )
Security,                                              )
                          Defendant.                   )


**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's
objections to the M&R [D.E. 27], ADOPTS the conclusions in the M&R [D.E. 26], DENIES
plaintiff's motion for judgment on the pleadings [D.E. 21], GRANTS defendant's motion for
judgment on the pleadings [D.E. 23], AFFIRMS defendant's final decision, and DISMISSES
this action.


**This Judgment Filed and Entered on August 22, 2019, and Copies To:**
Angela E. Cinski                                    (via CM/ECF electronic notification)
Cathleen C. McNulty                                 (via CM/ECF electronic notification)


DATE:                                    PETER A. MOORE, JR., CLERK
August 22, 2019                          (By) /s/ Nicole Sellers
                                          Deputy Clerk